FRANK A. NORDIN, Respondent, *v.* GOULD COUPLER
COMPANY, Appellant.

*Nordin* v. *Gould Coupler Co.*, 145 App. Div. 903, affirmed.
(Argued January 20, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered May 11, 1911, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover for
personal injuries alleged to have been sustained by plain-
tiff through the negligence of defendant, his employer.

*Clinton B. Gibbs* for appellant.

*W. J. Wetherbee* and *Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK,
COLLIN, CUDDEBACK and MILLER, JJ.

———————

ISIDOR LERNER, Appellant, *v.* LOUISE TETRAZZINI,
Respondent.

*Lerner* v. *Tetrazzini*, 144 App. Div. 928, affirmed.
(Submitted January 20, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered July 18, 1911, affirming a judgment in favor of
defendant entered upon an order of Special Term granting
a motion for judgment dismissing the complaint on the
pleadings pursuant to section 547 of the Code of Civil
Procedure in an action to recover for an alleged breach
of contract.

*Gustavus A. Rogers* and *Saul E. Rogers* for appellant.

*Benjamin F. Spellman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK,
COLLIN and CUDDEBACK, JJ.   Not sitting: MILLER, J.